

**U. S. Department of Justice**

**Michael F. Easley, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*
*150 Fayetteville Street*
*Suite 2100*
*Raleigh, NC 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:       July 19 2023

TO:       United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM:       KAREN K. HAUGHTON
Assistant U.S. Attorney

SUBJECT:   United States v. Kahleel Deshawn Smith
Docket No. 5:23CR232___ - Western Division

The above-named case is being submitted for criminal indictment. The criminal indictment charges the Defendant with one count of Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g) and 924.

The defendant is currently before the court pursuant to a Motion for Revocation on Offender Under Supervised Release following his prosecution in United States v. Kahleel Deshawn Smith, docket number 5:16-CR-00123-FL. The facts that give rise to the revocation motion also form the basis for the instant prosecution. Therefore, these are related cases within the meaning of EDNC Local Criminal Rule 50.1. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney