

**U. S. Department of Justice**

**Michael F. Easley, Jr.**
*United States Attorney's Office*
*Eastern District of North Carolina*

*Wells Fargo Building*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

DATE: July 19, 2023

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, Jr.
United States Attorney

ATTN OF: KAREN HAUGHTON
Assistant United States Attorney

SUBJECT: United States v. Kahleel Deshawn Smith
No. 5:23-CR-232 - Western Division

    Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office