UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kahleel Deshawn Smith**                    **Docket No. 5:23-CR-232-1FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kahleel Deshawn Smith, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 7, 2024, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Kahleel Deshawn Smith was released from custody and the term of supervised release commenced on December 4, 2024.

On August 6, 2025, Kahleel Deshawn Smith appeared before the court with counsel for a Revocation Hearing. The court found that he violated the terms and conditions of the judgment. The defendant's supervised release term was revoked, and he was sentenced to a 3-month term of imprisonment followed by a 24-month term of supervision, under the previously imposed conditions of supervised release.

Kahleel Deshawn Smith was released from custody and the term of supervised release commenced on November 5, 2025.

On November 13, 2025, a Petition For Action was approved by the court modifying the conditions of supervised release to include participation in a cognitive behavioral program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant failed to report to the probation office as directed on March 11, 2026, and March 20, 2026.

The defendant failed to follow the instructions of the supervising officer by not remaining at his residence for a scheduled home visit on Saturday, April 4, 2026. Additionally, the defendant failed to maintain communication with the supervising officer.

The defendant submitted urine samples that tested positive for marijuana on January 7, and March 26, 2026.

The defendant is currently engaged in outpatient substance abuse treatment at First Step Services. Additionally, the defendant is participating in Moral Reconation Therapy (MRT) classes through Coastal Horizons. The undersigned United States Probation Officer has verbally reprimanded the defendant for the noncompliant behavior outlined above and discussed the importance of maintaining consistent communication moving forward. As a sanction for the violation conduct, it is recommended that the conditions of the defendant's supervised release be amended to include a curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Case 5:23-cr-00232-FL    Document 61    Filed 04/07/26    Page 1 of 2

**Kahleel Deshawn Smith**
**Docket No. 5:23-CR-232-1FL**
**Petition For Action**
**Page 2**

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: April 7, 2026

## ORDER OF THE COURT

Considered and ordered this ____7th____ day of _____April_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge